UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL JOHNSON,

        Plaintiff,                   Case No. 2:12-cv-489

v.                                           Honorable Gordon J. Quist

WILLIAM GORGERDING et al.,

        Defendants.
_____/

## ORDER FOR PARTIAL DISMISSAL
## and PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendants MDOC, MacLaren, Davis, Lamb, and Russel is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that the Clerk shall issue summons and return them to the Plaintiff, along with two copies of the complaint that were filed by Plaintiff.  Because Plaintiff is not proceeding *in forma pauperis* in this action, he is responsible for service of summons and complaint upon Defendants Gorgerding and Corizon Health.  *See* FED. R. CIV. P. 4.

IT IS FURTHER ORDERED that Defendants Gorgerding and Corizon Health shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent.  Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so.  *See* 42 U.S.C.

§ 1997e(g)(1). After a Defendant has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.


Dated:  January 29, 2013          /s/ Gordon J. Quist
                                  Gordon J. Quist
                                  United States District Judge